Leroy ROBINSON, Petitioner—
Appellant,

v.

Joseph M. BROOKS, Warden of the Federal Correctional Institution at Petersburg, Virginia;   United States Parole Commission, Respondents—
Appellees.

No. 04–6190.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 28, 2004.

Decided: July 14, 2004.

Leroy Robinson, Appellant pro se.

Anita K. Henry, Assistant United States Attorney, Norfolk, Virginia, for Appellees.

Before WILLIAMS, MOTZ, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Leroy Robinson, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. *See Robinson v. Brooks,* No. CA–03–424–2 (E.D.Va. Jan. 14, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*